No. 10-9001. Ricardo Joseph, Petitioner v. Patrick Griffin, Superintendent, Southport Correctional Facility, et al.

563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3159.

April 18, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 75 App. Div. 3d 669, 903 N.Y.S.2d 273.